UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

6.6 ACRES OF LAND, More or Less,
Situated in the County of Benton, State
of Washington, S. MARTINEZ
LIVESTOCK, INC., fee owner;
BENTON COUNTY, a municipal
corporation and political subdivision
of the State of Washington; and
UNKNOWN OWNERS,

Defendants.

NO.  CV-04-05007-EFS

JUDGMENT ON STIPULATION

The above-entitled matter came on regularly for hearing this day upon the

stipulation of the parties for the entry of judgment determining the just

compensation to be paid for the acquisition by the plaintiff of the lands and

premises designated in the Declaration of Taking filed on January 15, 2004, and

said lands and interests are described in Schedule B attached thereto.

The stipulating defendant has appeared and submitted to the jurisdiction of

the Court, have waived service of notice of hearing on this stipulation, have

waived trial by jury, and have agreed that the sum of Seven Thousand Nine

Hundred Two and 83/100 dollars ($7,902.83) constitutes full and just

compensation for the acquisition of the lands designated in Schedule B of the

Declaration of Taking filed on January 15, 2004, including all damages arising

therefrom.  The stipulating defendant further agrees that this sum should be

JUDGMENT ON STIPULATION - 1

subject to all liens, encumbrances and charges of whatsoever nature existing against the property at the time of acquisition, and that any and all awards of compensation ascertained and awarded in this proceeding and established by judgment herein in favor of any parties now or subsequently named as defendants herein should be payable and deductible therefrom.  The stipulating defendant has consented to the entry of all orders, judgments,  and decrees necessary and appropriate to effectuate the stipulation.

The Court having considered the pleadings on file, including the stipulation and the proof in connection therewith, having found the sum below stated to be the fair market value of the acquisition of the interests in said lands and having full and complete jurisdiction of the parties and the subject matter, and being fully advised in the premises,

HEREBY ORDERS, ADJUDGES AND DECREES that:

1.    The plaintiff, the United States of America, had the right under the authorities set forth in the Complaint in Condemnation and the Declaration of Taking on file in this cause to condemn for public use the interests upon the lands which are the subject matter of this action, which lands and interests are described and set forth in Schedule B of the Declaration of Taking filed on January 15, 2004.

2.    At the time of the institution of this action and the filing of the Declaration of Taking herein, no person, firm or private or municipal corporation had or claimed any right, title or interest whatsoever in or to said property, and there existed against the same no liens, encumbrances, taxes, assessments, claims, rights or charges of whatsoever nature, except as follows:

| NAME | INTEREST |
|---|---|
| S. Martinez Livestock, Inc.<br>Daniel Martinez, Registered Agent<br>13395 Highway 24<br>Moxee, WA 98936 | Purported Owner |

JUDGMENT ON STIPULATION - 2

Bobbie Gagner, County Auditor                              Possible Lien
Benton County
5600-B West Canal Place A-103
Kennewick, WA 99336

3.      The sum of Seven Thousand Nine Hundred Two and 83/100 Dollars ($7,902.83), inclusive of interest, is the fair market value and the full amount of just compensation to be paid for the acquisition by the United States of America of the lands designated in Schedule B, as said lands and interests therein are set forth and described in Schedule B, including all damages of whatsoever nature arising from said acquisition, and said sum shall constitute full settlement of all claims against the United States of America including for fees or expenses by reason of the institution and prosecution of this action and the final award of just compensation for such acquisition.

4.      The sum of $6,400.00 deposited by the United States of America into the registry of Court as estimated compensation on January 15, 2004, is hereby applied to the total amount of compensation to be paid.  Additionally, the sum of $32.83 which represents interest accrued on the estimated compensation is hereby applied to the total amount of compensation to be paid.

5.      An additional judgment is entered against the United States of America and in favor of the stipulating defendant in the sum of $1,470.00 without interest either before or after the date of entry of judgment.   If not already disbursed, the total sum of Seven Thousand Nine Hundred Two Dollars and 83/100 ($7,902.83) is ordered to be paid out as follows:

TO:   S. Martinez Livestock, Inc.
        c/o Brian H. Miller
        Attorney for Defendant
        705 E. Hemlock
        P.O. Box 494
        Othello, WA 99344

JUDGMENT ON STIPULATION - 3

6.    The above-named stipulating defendant is the only person or party having any interest in the compensation to be paid by the United States of America for the acquisition of the lands and interests therein set forth in Schedule B of the Declaration of Taking.

7.    The interests in the lands as set forth and described in Schedule B vested in the United States of America on January 15, 2004, free and clear of all charges, liens, encumbrances, taxes, claims and interests of any kind or character, whatsoever.

8.    The Government's Motion for Judgment on Stipulation [23] is GRANTED.

DATED this __19th__ day of October, 2005.


___s/ Edward F. Shea_____
EDWARD F. SHEA
UNITED STATES DISTRICT JUDGE


_____